# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

### PROOF OF SUMMONS

Mark N. Fellenz
PLAINTIFF

V.

CIVAL ACTION

NO. 04•10563 PBS

Enkata Technologies
DEFENDANT

## FILING

1. Mark Fellenz ("Plaintiff") hereby files the attached as proof that Summons was executed against Enkata Technologies ("Defendant") on December 7, 2004. Summons was accompanied by the original Complaint and first Amendment as ordered. Defendant, thereby, has by the terms of the Summons until the close of business December 27, 2004, twenty (20) days from the day summons was executed (exclusive of the day of service), to respond or face default judgment for the relief demanded in the Complaint.

| | |
|---|---|
| Signature | *[signature]* |
| Name | MARK FELLENZ, PRO SE |
| Address | 95 LANGLEY ROAD #1<br>NEWTON CENTER, MA 02459 |
| Telephone | 857-205-5742 (cellular) |

| *Attorney or Party without Attorney:*<br>FELLENZ, MARK N.<br>MARK N. FELLENZ<br>95 LANGLEY ROAD #1<br>NEWTON, MA 02459<br>*Telephone No:* 857-205-5742<br><br>*Attorney for:* Plaintiff | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Of The District Of Massachusetts | | | | |
| *Plaintiff:* MARK N. FELLENZ<br>*Defendant:* ENKATA TECHNOLOGIES | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS CIVIL/CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>04-10563-PBS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; AMMENDMENT

3. a. *Party served:*             ENKATA TECHNOLOGIES BY SERVING
   b. *Person served:*            SAMUEL HAGEMAN, CONTROLLER-AUTHORIZED TO ACCEPT(White Male 50 Years Old, White Hair, Glasses Eyes, 5 Feet 9 Inches, Medium Build)

4. *Address where the party was served:*    2121 SO. EL CAMINO REAL SUITE 1200
                                             SAN MATEO, CA 94403

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Dec. 07, 2004 (2) at: 6:00PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KATHLEEN KING                                       d. *The Fee for Service was:*



   1541 Bayshore Hwy.     GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   **(650) 697-9431**

   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  *Registration No.:*      2004-0000849
      (iii) *County:*                San Francisco
      (iv)  *Expiration Date:*       Wed, Feb. 01, 2006

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Dec. 08, 2004

(KATHLEEN KING)

Judicial Council form POS-010           PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev July 1, 2004     SUMMONS CIVIL/CASE                        2055742.18414