**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Mark Fellenz
    Plaintiff

                CIVIL ACTION
  V.              NO. 04-10563-PBS

Enkata Technologies
    Defendant

**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

  _____ EARLY NEUTRAL EVALUATION  \_\_X\_\_ MEDIATION: A.S.A.P.
  _____ MINI-TRIAL          _____ SUMMARY JURY TRIAL
  _____ SETTLEMENT CONFERENCE  _____ SPECIAL MASTER
  _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                     HON. PATTI B. SARIS
                     UNITED STATES DISTRICT JUDGE
                     BY: /s/ Robert C. Alba
DATE: March 3, 2005           DEPUTY CLERK

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | _____ | | |