UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mark Fellenz
Plaintiff,

        V.        Civil Action Number
        04-10563-PBS

Enkata Technologies
Defendant.        March 3, 2005

## SCHEDULING ORDER

Saris, D.J.,

Plaintiff to file amended complaint: March 31, 2005

Fact Discovery deadline: 9/15/05

Summary Judgment Motion filing deadline: 10/14/05

Opposition to Summary Judgment Motions: 10/28/05

Hearing on Summary Judgment or Pretrial Conference: 11/9/05 at 3:00 p.m.

Case to be referred to Mediation program: A.S.A.P.

        By the Court,

        /s/ Robert C. Alba
        Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mark Fellenz
Plaintiff,

    V.            Civil Action Number
                    04-10563-PBS

Enkata Technologies
Defendant.              March 3, 2005

## SCHEDULING ORDER

Saris, D.J.,

Plaintiff to file amended complaint: March 31, 2005

Fact Discovery deadline: 9/15/05

Summary Judgment Motion filing deadline: 10/14/05

Opposition to Summary Judgment Motions: 10/28/05

Hearing on Summary Judgment or Pretrial Conference: 11/9/05 at 3:00 p.m.

Case to be referred to Mediation program: A.S.A.P.

                    By the Court,

                    /s/ Robert C. Alba
                    Deputy Clerk