UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mark Fellenz
        Plaintiff,                  CIVIL ACTION
                                                 NO. 04-10563PBS
    v.

Enkata Technologies
        Defendant.

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                                 June 23, 2005

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **July 15, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                            By the Court,

                                                           _/s/ Robert C. Alba_
                                                           Deputy Clerk

Copies to: All Counsel