## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
'S OFFICE

### RESCHEDULING REQUEST

'05 JUN 29 P 12: 50

U.S. DISTRICT COURT
DISTRICT OF MASS

Mark N. Fellenz
PLAINTIFF

CIVAL ACTION

    V.

NO. 04•10563 PBS

Enkata Technologies
DEFENDANT

## STATEMENT

1. In regard to the recently scheduled Status Conference on July 15, 2005 at 3.00PM, Mark Fellenz ("Plaintiff") is unable to attend due to a long scheduled combination Family Wedding and Family Reunion and requests a rescheduling of the Status Conference to the following week or any week thereafter.

2. Plaintiff is appreciative of the Court's interest in conducting a Status Conference and would not ask for rescheduling if it were at all possible that Plaintiff would be able to attend said conference. Plaintiff, however, will be away and simply unavailable on the specified date for such an activity, despite its obvious importance to both the Court and Plaintiff.

Signature             _____

Name                  MARK FELLENZ, PRO SE

Address             95 LANGLEY ROAD #1
                           NEWTON CENTER, MA  02459

Telephone        857-205-5742 (cellular)