UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK N. FELLENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 04-10563-PBS |
| | ) |
| ENKATA TECHNOLOGIES, | ) |
| Defendant. | ) |

ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

This matter is before the Court on the request of Plaintiff for the appointment of *pro bono* counsel.

There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that **George F. Gormley, Esq.** 655 Summer Street, Boston, MA 02210 is appointed to represent the plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to *pro bono* coordinator/*pro se* staff attorney) within twenty-one (21) days from the date of this Order.  Once this order takes effect, appointed counsel or his or her designated associate(s) shall serve until the litigation is terminated or the Court enters an order revoking said appointment.

This appointment is limited solely to matters relating to mediation or settlement hearing(s) in this case.  Counsel is not being appointed to represent the plaintiff generally or in any other proceeding.

                                                PATTI  B. SARIS
                                                UNITED STATES DISTRICT JUDGE

Date:  July 25, 2005                   By:  /s Rebecca Greenberg
                                               Rebecca Greenberg
                                               Pro Se Staff Attorney