UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_PELLENZ_____
Plaintiff(s)

v.

_ENKATA TECH._____
Defendant(s)

CIVIL ACTION

NO. _04-10563 PBS_

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _SARIS_

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On _10/17/05_ I held the following ADR proceeding:

_____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION
_X_ MEDIATION                   _____ SUMMARY BENCH / JURY TRIAL
_____ MINI-TRIAL                _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _Enkata Tech_ ].

The case was:

[X] Settled. Your clerk should enter a _30_ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:
_____
_____

_10/17/05_
DATE

_Elizabeth Neumeier_
ADR Provider

(ADR Report.wpd - 4/12/2000)                                    [adrrpt.]